UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts, New Hampshire, Ohio, Inc. </br></br>    Plaintiff </br></br> vs. </br></br> Robert Dion </br></br>    Defendant | Case No.: 04 10423 RWZ </br></br> CORPORATION DISCLOSURE STATEMENT |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts, New Hampshire, Ohio, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts, New Hampshire, Ohio, Inc., is an Ohio Corporation authorized to do business in the Commonwealth of Massachusetts.

2. Comcast MO of Delaware, Inc. is wholly owned by Comcast of Georgia, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts, New Hampshire, Ohio, Inc.
By Its Local Counsel,

3/1/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1