UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of MA/NH/OH, Inc**  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**Robert Dion**  )<br>  )<br>    Defendant  )<br>  )<br>_____)  | Case No.: 04-10423 RWZ<br><br>PLAINTIFF'S REQUEST<br>FOR ENTRY OF DEFAULT |

Now comes the Plaintiff Comcast of MA/NH/OH, Inc (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Robert Dion (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of MA/NH/OH, Inc
By Its Attorney,

6/24/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___ day of _____, 2004, a copy of the foregoing Request for Default was mailed first class to:

Robert Dion
69 Temple Ave
Winthrop, MA 02152

_____
John M. McLaughlin, Esq.