EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of MA/NH/OH, Inc.

V.

Robert Dion

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10423 RWZ

TO: (Name and address of Defendant)

Robert Dion
69 Temple Ave.
Winthrop, MA 02152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAR 2 204

DATE



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*                                              May 15, 2004

I hereby certify and return that on 4/7/2004 at 10:20:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, and Corporate Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Robert Dion, , 69 Temple Avenue Winthrop, MA 02152 and by mailing 1st class to the above address on 4/7/2004. In the service hereof it was necessary and I actually used a motor vehicle 10 miles. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $47.40

Deputy Sheriff Arthur Isberg

_____
Deputy Sheriff

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                  Signature of Server


                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.