UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of MA/NH/OH, Inc.** ) | Case No.: 04cv10423 RWZ |
| ) | |
| Plaintiff, ) | |
| ) | SUBSTITUTE APPEARANCE |
| vs. ) | |
| ) | |
| **Robert Dion** ) | |
| ) | |
| ) | |
| ) | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

_____      _____
Date 9/10/04                      John M. McLaughlin
                                  **Green, Miles, Lipton & Fitz-Gibbon**
                                  P.O. Box 210
                                  77 Pleasant Street
                                  Northampton, MA 01061-0210
                                  Phone 413-586-8218
                                  Direct line 413-586-0865
                                  Fax 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___ day of _____, 2004, a copy of the foregoing was sent via first class mail to:

Robert Dion
69 Temple Ave
Winthrop, MA 02152

_____
John M. McLaughlin, Esq.