UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts
New Hampshire/Ohio, Inc.
_____           CIVIL ACTION
                    Plaintiff                                      04-cv-10423-RWZ
                                                      NO._____
         V.

Robert Dion
_____
                    Defendant


## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Comcast of Mass et al_____ \_\_\_\_\_ for an order of Default for failure of the Defendant, __Robert Dion_____ _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _27th_ day of September_____.

                                        SARAH A. THORNTON
                                        CLERK OF COURT


                                        By:   Jay Johnson_____
                                              Deputy Clerk

Notice mailed to: