**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc. ("Comcast")** ) ) ) | Case No.: **1:04-cv-10423-RWZ** |
| Plaintiff, ) ) | **AFFIDAVIT OF ATTORNEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT** |
| vs. ) ) | |
| **Robert Dion** ) ) | |
| Defendant ) ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been working on the Motion for Default in this action

2. I have determined that in light of some of the more recent case law I should utilize an affidavit to assist the Court when assessing statutory damages;

3. The affidavit will contain considerable details, about the Defendant's account and the modified converter/descrambler;

4. I may have to obtain assistance from an out of state office of my client to complete the affidavit and/or to at least approve the affidavit.

5. In light of these factors I will need more time to complete the affidavit in this action.

6. I have yet to be contacted by the Defendant or anyone on his behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

                                            Respectfully Submitted for the Plaintiff,
                                            By Its Attorney,

12/13/05                                    /s/ John M. McLaughlin
Date                                        John M. McLaughlin (BBO: 556328)
                                            **Green Miles Lipton & Fitz-Gibbon LLP**
                                            77 Pleasant Street
                                            P.O. Box 210
                                            Northampton, MA 01061
                                            (413) 586-0865